Ronald A. PEGUESE, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.

No. 05–7841.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2006.

Decided May 24, 2006.

Ronald A. Peguese, Appellant Pro Se.
Richard Bain Smith, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before LUTTIG* and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Ronald Anthony Peguese, a state prison-
er, moves this court for a certificate of
appealability that, if issued, would author-
ize an appeal from the district court's or-
der accepting the report and recommenda-
tion of a magistrate judge and denying
relief on his 28 U.S.C. § 2254 (2000) peti-
tion. A certificate of appealability will not
issue absent "a substantial showing of the
denial of a constitutional right." 28 U.S.C.

---

* Judge Luttig was a member of the original
panel but did not participate in this decision.

§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that his constitu-
tional claims are debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Pe-
guese has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*